**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 20 EAL 2015 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| KHALIL R. WHITE, | : |
| | : |
| Petitioner | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 15th day of April, 2015, the Petition for Allowance of Appeal is **DENIED**.